

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00409-CV

IN RE S.W., Relator

§ Original Proceeding

§ 393rd District Court of Denton County, Texas

§ Trial Court No. 17-2228-393

§ February 3, 2022

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered relator's petition for writ of mandamus and motion for emergency relief and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its temporary orders naming Grandmother possessory conservator and granting her possession of and access to B.T. and to dismiss Grandmother's claims for lack of standing. Only if the trial court fails to comply with this court's order will we issue the writ. We further deny Mother's motion for emergency relief as moot.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach